M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2020 JAN 15 A 10: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Justin Lee Baker / Staton Correctional Facility
Full name and prison name of
Plaintiff(s)

v. ① Anthony Ombudsman / Nurse
② Dr. Borowicz, Mrs. Rice ③
~~Head Nurse~~ Head Nurse
③ Warden Headley,
④ Mr. Ellis / Health Administrator
(individual and official
capacity all except Warden)
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

official
capacity

CIVIL ACTION NO. 2: 20-CV-36-WHA-WC
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____



3. Docket number _____
4. Name of judge to whom case was assigned _____
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  N/A

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  N/A

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                      ADDRESS
1. Dr. Borowicz / 2690 Marion Spillway rd., Elmore, AL 36025
2. Warden Headley / 2690 Marion Spillway rd, Elmore, AL 36025
3. ~~[struck through]~~
4. Mr. Ellis / 2690 Marion Spillway rd. Elmore, AL 36025
5. Mrs. Rice / 2690 Marion Spillway rd, Elmore, AL 36025
6. Anthony Omsbudsman 2690 Marion Spillway rd. Elmore, AL

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
   On-going  1-22-19 through 1-20-20

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I have a colostimy bag and a hernia in my stomach, I've filed grievances and complained about my on-going irreparable harm several times.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

All defendants showed deliberate Indifference to my serious medical needs, violating my 8th amendment rights by causing me pain & Suffering, and mental emotional injury. All defendants violated plaintiffs rights at Staton Correction Facility in Elmore, AL.

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Declaratory Judgement, Injunction, Money damages for pain & suffering, emotional distress

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1 - 12 - 20
              (Date)

Signature of plaintiff(s)

Justin Lee Baker # 010184
SC.F/ Bed # A1-99A
3690 Marion Spillway rd
Elmore, AL 36025

MONTGOMERY AL 360
"Legal Mail" 14 Jan 2020 PM 3 L



"THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION."

(Attn: Office of the Clerk)
United States District Court
One Church Street, Suite B-110
Montgomery, AL 36104-4018

36104-401801