IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUSTIN LEE BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv36-MHT |
| ) | (WO) |
| ANTHONY OMSBUDSMAN, Nurse, ) | |
| in his individual and ) | |
| official capacity, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that the defendant correctional officials and correctional medical providers unconstitutionally delayed surgery for a colostomy and hernia. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court

**concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 10th day of March, 2023.**

                                             /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**