IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JUSTIN LEE BAKER,              )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )         2:20cv36-MHT
                               )            (WO)
ANTHONY OMSBUDSMAN, Nurse,     )
in his individual and          )
official capacity,             )
et al.,                        )
                               )
     Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 56) is adopted.

(2) Defendants' motions for summary judgment (Doc. 26 and Doc. 27) are granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of March, 2023.

                                             /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**